LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

SIMMONDS & NARITA, LLP
MAGGIE CARDASIS, ESQ. (*pro hac vice pending*)
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
(415) 283-1010
Mcardasis@snllp.com

*Attorneys for Defendant*
*Comenity Bank/BryaneHome*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA ADAMS-COLEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; COMENITY BANK/BRYANEHOME; RADIUS GLOBAL SOLUTIONS LLC; AND TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:20-cv-00040-KJD-EJY<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT COMENITY BANK/BRYANEHOME, TO RESPOND TO THE COMPLAINT [ECF NO. 1]**<br><br>(First Request) |

**IT IS HEREBY STIPULATED** by and between Plaintiff Brenda Adams-Coleman and Defendant Comenity Bank/BryaneHome, through their respective counsel of record, that the time for Comenity Bank/BryaneHome, to file and serve a response to Plaintiff's Complaint [ECF No. 1] should be extended from February 3, 2020, to February 24, 2020.

This is the first request for extension from the original due date.

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that counsel for Comenity Bank/BryaneHome requires additional time to evaluate and to respond to Plaintiff's Complaint. The parties have entered into this stipulation in good faith and not for the purpose of delay.

DATED this 28th day of January, 2020.

KNEPPER & CLARK LLC

By: /s/ Matthew I. Knepper
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
SHANINA R. PLAKSIN, ESQ.
Nevada Bar No. 13935
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV 89148

*Attorneys for Plaintiff*

DATED this 28th day of January, 2020.

LIPSON NEILSON P.C.

By: /s/ Jessica A. Green
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive
Suite 120
Las Vegas, Nevada 89144

SIMMONDS & NARITA, LLP
MAGGIE CARDASIS, ESQ. (*pro hac vice pending*)
44 Montgomery Street, Suite 3010
San Francisco, CA 94104

*Attorneys for Defendant Comenity Bank/Bryane/Home*

### ORDER

Based on the foregoing Stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the time for Comenity Bank/BryaneHome, to file and serve a response to Plaintiff's Complaint [ECF No. 1] shall be, and the same is hereby, extended from February 3, 2020, to February 24, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 29, 2020