Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA ADAMS-COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; COMENITY BANK/BRYLANEHOME; RADIUS GLOBAL SOLUTIONS LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:20-cv-00040-KJD-EJY<br><br>**STIPULATION OF DISMISSAL OF RADIUS GLOBAL SOLUTIONS, LLC, WITH PREJUDICE**<br><br>Complaint filed: January 8, 2020 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Radius Global Solutions, LLC, from the above captioned action, with prejudice.

//

Each party will bear its own fees and costs.

    IT IS SO STIPULATED.
    Dated February 13, 2020.

| **KNEPPER & CLARK LLC** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq., SBN 12796 | Jennifer R. Bergh, Esq., SBN 14480 |
| Miles N. Clark, Esq., SBN 13848 | 6900 N. Dallas Parkway, Suite 800 |
| 5510 So. Fort Apache Rd, Suite 30 | Plano, Texas 75024 |
| Las Vegas, NV 89148 | Email: jbergh@qslwm.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **ALVERSON TAYLOR & SANDERS** |
| | Trevor Waite, Esq., SBN 13779 |
| **HAINES & KRIEGER LLC** | 6605 Grand Montecito Parkway, Suite 200 |
| David H. Krieger, Esq., SBN 9086 | Las Vegas, NV 89149 |
| 8985 S. Eastern Avenue, Suite 350 | Email: twaite@alversontaylor.com |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| | *Trans Union LLC* |
| *Counsel for Plaintiff* | |
| **LIPSON NEILSON P.C.** | **TROUTMAN SANDERS LLP** |
| /s/ *Jessica A. Green* | /s/ *Anna Jane I. Zarndt* |
| Joseph P. Garin, Esq., SBN 6653 | Anna Jane I. Zarndt, Esq., SBN 10809 |
| Jessica A. Green, Esq., SBN 12383 | 222 Central Park Avenue, Suite 2000 |
| 9900 Covington Cross Drive, Suite 120 | Virginia Beach, Virginia 23462 |
| Las Vegas, NV 89144 | Email: annajane.zarndt@troutman.com |
| Email: jgarin@lipsonneilson.com | |
| Email: jgreen@lipsonneilson.com | **KRAVITZ, SCHNITZER & JOHNSON** |
| | Gary E. Schnitzer, Esq., SBN 395 |
| **SIMMONDS & NARITA, LLP** | 8985 S. Eastern Avenue, Suite 200 |
| Maggie Cardasis, Esq. | Las Vegas, NV 89123 |
| *Admitted Pro Hac Vice | Email: gschnitzer@kjsattorneys.com |
| 44 Montgomery Street, Suite 3010 | |
| San Francisco, CA 94104 | *Counsel for Defendant* |
| Email: MCardasis@snllp.com | *Ocwen Loan Servicing, LLC* |
| | |
| *Counsel for Defendant* | |
| *Comenity Bank/BrylaneHome* | |

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

| | |
|---|---|
| **LINCOLN, GUSTAFSON & CERCOS, LLP**<br><br>/s/ *Shannon G. Splaine*<br>Shannon G. Splaine, Esq., SBN 8241<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Email: ssplaine@lgclawoffice.com<br><br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.**<br>James E. Schultz, Esq., SBN 10219<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>Email: jschultz@sessions.legal<br><br>*Counsel for Defendant*<br>*Radius Global Solutions, LLC* | |

## ORDER GRANTING STIPULATION OF DISMISSAL OF

## RADIUS GLOBAL SOLUTIONS, LLC WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this __14__ day of ___February___ 2020

*Adams-Coleman v. Trans Union, LLC et al*
*Case No. 2:20-cv-00040-KJD-EJY*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430